_____ FILED _____ ENTER
_____ LODGED _____ RECEIVED

**MAY 1 9 2011**

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CASE NO.  CR10-078JCC |
| v. | ) ORDER ISSUING BENCH WARRANT |
| | ) SUPERSEDING INDICTMENT |
| DMITRY OLEGOVICH ZUBAKHA, | ) |
| aka Eraflame, | ) |
| aka Dima-k17 | ) |
| aka DDService, | ) |
| Defendant. | ) |

A Superseding Indictment having been returned against the above-named defendant, now therefore

IT IS ORDERED that a Bench Warrant shall be issued and conditions of release shall be fixed at time of initial appearance in this case.

DATED this 19th day of May, 2011.

_____
UNITED STATES MAGISTRATE JUDGE

**SECRET:**    YES __XX__  NO _____

ORDER ISSUING BENCH WARRANT - PAGE 1